NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3015

BRIGETTE D. BARFIELD,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board in AT0752090234-I-1.

ON MOTION

## O R D E R

Upon consideration of the unopposed motion to reform the official caption to designate the Merit Systems Protection Board as respondent,[*]

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

FEB 25 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Ariel E. Solomon, Esq.
       Gregg M. Schwind, Esq.
       Jeffrey Gauger, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 25 2010

JAN HORBALY
CLERK

[*]    The court has not received the petitioner's opening brief, which was due to be filed no later than February 16, 2010.